No. 90–5789. JONES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 90–5791. SALAMONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5802. WEST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5814. MARTINEZ v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–5817. RULOFF v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–5823. MECOM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5835. ADAMSON v. FRANK, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 90–5846. BARNES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5865. MANNS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5886. CROUCH v. AMERICAN NATIONAL BANK ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5889. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5904. WHISENANT v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–5931. HARRIS v. CATO ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5935. HAVENS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5979. GRAY v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.